IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STUDENT LOAN MARKETING
ASSOCIATION
Plaintiff

vs                                                          CIVIL 96-2370CCC

NELLY N. SEKULITS
Defendant

## O R D E R

Having considered the Motion in Compliance With Order filed by garnishee Rafael Irizarry-Cruz on November 21, 2002 (**docket entry 17**), the same is NOTED. The garnishee shall instruct the Payroll Division of the Legislative Branch of Puerto Rico that, pursuant to the Order to the Garnishee issued on October 31, 2002 (see docket entry 16), the garnished earnings belonging to defendant Nelly Sekulits shall be paid to the order of the U.S. Department of Justice and mailed to the U.S. Attorney's Office, Financial Litigation Unit, Torre Chardón, Hato Rey, Puerto Rico 00918.

SO ORDERED.

At San Juan, Puerto Rico, on December 5, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to (2)
attys/pts
in ICMS

DEC - 6 2002